June 16, 1014

RE: Case no. 14-CV-01465 RBJ-BNB

To: Clerk of Court

Pursuant to the following Docket Entry #6, Plaintiff is filing proof of service on Defendant to comply with minute order.

MINUTE ORDER by Magistrate Judge Boyd N. Boland on 6/6/14. IT IS ORDERED that plaintiff shall file proof of service with the court on or before September 22, 2014, pursuant to Rule 4, Fed.R.Civ.P. (bsimm) (Entered: 06/06/2014)

Regards,

*Candis Tai*
Candis Tai

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 18 2014

JEFFREY P. COLWELL
CLERK

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 14-CV-01465 RBJ-BNB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Enhanced Recovery Company, LLC
was received by me on *(date)* 05/30/2014 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served the summons and complaint addressed to the registered agent for Enhanced Recovery Company by certified mail/return receipt pursuant to FRCP 4 on May 30th, 2014

My fees are $ _____ for travel and $ 3.00 for services, for a total of $ 3.00 .

I declare under penalty of perjury that this information is true.

Date: 5/30/14

*Server's Signature*

Dennise York
*Printed name and title*

180 Lava Hill, El Jebel, Colo 81623

*Server's address*

Additional information regarding attempted service, etc:

Service of process addressed to:
Enhanced Recovery Company
c/o Registered Agent
The Corporation Co.
1675 Broadway, Ste 1200
Denver, CO 80202

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Enhanced Recovery Co.
c/o The Corporation Co.
1675 Broadway
Ste 1200
Denver, Co 80202

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): C. Sorta Cruz
C. Date of Delivery: JUN -2 PAID

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 1830 0002 5351 5550

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540